

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00315-CV

Cearth **FAIRE**,
Appellant

v.

**FMP SA MANAGEMENT GROUP, LLC** d/b/a Food Management Partners, LLC; All Jones, LLC; Allen J. Jones, Individually; Peter Donbavand, Individually; and Jason Kemp, Individually, Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16674
Honorable Antonia Arteaga, Judge Presiding

### ORDER

Petitioner Cearth Faire's petition for permission for leave to file an interlocutory appeal is DENIED. Appellees' motion to dismiss Faire's petition is MOOT. Appellees' motion for sanctions is DENIED.

It is so **ORDERED** on June 3, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_____
Keith E. Hottle, Clerk